IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Gudrun Rice

Criminal Action No.: 05-mj-00719-GJR

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

GEOFFREY A. HOGAN,

    Defendant.

---

### ORDER ON MOTION TO WITHDRAW

---

    A hearing on Defendant's Motion to Withdraw will be conducted at 9:00 a.m. on April 28, 2006, immediately precedent to the hearing on Defendant's Motion to Suppress and bench trial.

    Dated this 25th day of April, 2006.

                                     BY THE COURT:

                                     s/Gudrun Rice

                                   Gudrun Rice
                                   United States Magistrate Judge