IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Gudrun Rice

Criminal Action No.: 05-mj-00719-GJR

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

GEOFFREY A. HOGAN,

    Defendant.

_____

### ORDER ON MOTION TO WITHDRAW
_____

After hearing on the Motion to Withdraw on April 28, 2006, the Court grants the motion and releases Mr. Laiche from all further responsibility in this matter.

Dated this 9th day of May, 2006, nunc pro tunc April 28, 2006.

                                  BY THE COURT:

                                  s/Gudrun Rice

                                  _____
                                  Gudrun Rice
                                  United States Magistrate Judge