IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Gudrun Rice

Criminal Action No.: 05-mj-00719-GJR

UNITED STATES OF AMERICA,

      Plaintiff,

v.

GEOFFREY A. HOGAN,

      Defendant.

---

## ORDER

---

This matter is set for trial to the Court on Thursday, July 20, 2006 beginning at 9:00 a.m.

If the Defendant seeks appointment of counsel without payment of a fee, in whole or in part, the Defendant is ordered to return the financial affidavit to the Court (at Post Office Box 3208, Grand Junction, Colorado 81502) by no later than June 9, 2006.

Failure to return the financial affidavit by June 9, 2006 will be considered a waiver of the Defendant's right to request the appointment of counsel.

Dated this 7th day of June, 2006.

            BY THE COURT:

            s/Gudrun Rice

            _____
            Gudrun Rice
            United States Magistrate Judge